USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                         :
:
          -against-                    :         24-MJ-495 (VEC)
:
JUAN MERCADO,                                    :           ORDER
                   Defendant.          :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 1, 2024, the parties requested that the Court schedule an arraignment and change-of-plea hearing, and informed the Court that Mr. Mercado intends to waive indictment and plead guilty to the sole count of the Information.

      IT IS HEREBY ORDERED that a hearing in this matter will be held on **Monday, May 6, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  May 1, 2024
        New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**